# Court of Appeals
# of the State of Georgia

ATLANTA,  January 29, 2024

*The Court of Appeals hereby passes the following order:*

## A24A0800.  DAVID SHERWOOD TUDAY v. THE STATE.

On June 28, 2023, David Sherwood Tuday entered a guilty plea to driving under the influence and speeding, and the trial court sentenced him to 24 months, with 120 days to serve, and the remainder on probation, and with the jail time suspended upon Tuday's entry into and complying with the requirements of Cherokee County Veterans Treatment Court. On August 3, 2023, the court found that Tuday had violated his probation and entered an order revoking his probation and ordering him to serve 12 months in the Cherokee County Detention Center. On November 9, 2023, Tuday filed a notice of appeal to this Court, seeking to appeal his June 28, 2023 judgment of conviction and sentence. We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days after entry of the appealable order. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Davis v. State*, 330 Ga. App. 711, 711 (769 SE2d 133) (2015). Because Tuday's notice of appeal was filed 134 days

after entry of his conviction and sentence, it is untimely.[1] Accordingly, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,   01/29/2024*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen*

_____ *, Clerk.*

---

[1] Tuday's notice of appeal is also untimely as to the August 3, 2023 probation revocation order. Moreover, appeals from probation revocation orders must be made by application for discretionary appeal. See OCGA § 5-6-35 (a) (5).